# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ELIAS GURROLA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-02481-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 11) |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opening brief in support of reversing or modifying a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have through **July 28, 2026**, to file an opening brief. Additionally, pursuant to the stipulation, the scheduling order is modified as follows: Defendant's opposition is due on or before **August 27, 2026,** and Plaintiff's optional reply is due on or before **September 10, 2026**.

IT IS SO ORDERED.

Dated: __**June 23, 2026**__

STANLEY A. BOONE
United States Magistrate Judge